UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:09 CR 00096-01 |
| VS. | : | JUDGE MINALDI |
| COURTNEY D. ZENO | : | MAGISTRATE JUDGE KAY |

MEMORANDUM ORDER

Before the court is the defendant's Motion for Release (Rec. Doc. 136) of Elizabeth Woods'
Recorded Video. The Government filed an Opposition. (Rec. Doc. 137).

Rule 6(a) of the Rules Governing §2255 cases permits discovery for "good cause." "Good
cause" is not demonstrated by "bald assertions" or "conclusory allegations." *Stanford v. Parker, 266
F.3d 442, 460 (6th Cir.2001); see also Williams v. Bagley,* 380 F.3d 932, 974 (6th Cir.2004). Rather,
the requested discovery must be materially related to claims raised in the habeas petition and likely
to "resolve any factual disputes that could entitle [the petitioner] to relief." *Williams,* 380 F.3d at 975
(quoting *Stanford,* 266 F.3d at 460) (internal quotation marks omitted); *see Bracy v. Gramley,* 520
U.S. 899, 908-909 (1997) (allowing discovery relevant to "specific allegations" of fact in support
of a claim of constitutional error); *Post v. Bradshaw,* 621 F.3d 406, 425 (6th Cir.2010) (stating that
discovery provides petitioner "that extra evidence he [ ] needs to prove or strengthen his case");
*Braden v. Bagley,* No. 2:04–CV–842, 2007 WL 1026454, at *2 (S.D.Ohio Mar. 30, 2007) ("Rule
6's 'good cause' standard requires petitioner to at least attempt to identify what he expects to uncover
through his discovery requests."). Rule 6(a) does not permit a "fishing expedition masquerading as

discovery," *Stanford*, 266 F.3d at 460.  *Sample v. Colson*, 958 F. Supp. 2d 865, 887 (W.D. Tenn. 2013).  The trial transcript does not support the allegations in Zeno's motion.

 The defendant did not file a timely petition for certiorari, therefore his §2255 is  no longer viable.  Having no viable §2255 motion, Zeno is not entitled to relief. Accordingly,

 IT IS ORDERED that the defendant's Motion for Release (Rec. Doc. 136) IS DENIED.

Lake Charles, Louisiana, this 24 day of  March, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

2