# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 2:09-cr-0096** |
| **VERSUS** | : | **UNASSIGNED DUTY JUDGE** |
| **COURTNEY DONELL ZENO** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation;

**IT IS ORDERED** that the Motion to Reopen § 2255 Motion [doc. 147] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 21st day of May, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE